FILED
08 DEC -9 PM 1:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR3617-IEG |
| Plaintiff, ) | |
| v. ) | **PROTECTIVE ORDER REGARDING DISCOVERY OF ANOTHER DEFENDANT'S STATEMENTS IN A RELATED CASE** |
| DOUGLAS JON CRIPE, ) | |
| Defendant. ) | |

Pursuant to Federal Rule of Criminal Procedures 16(d)(1), and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514") pertaining to privacy matters, it is hereby ORDERED as follows:

1. The report of investigation with respect to a defendant in a related case's proffer session ("Discovery"), produced by the United States in this case, is for use by defendant and defense counsel (the "Defense") for investigating, preparing for trial, trial, and any appeals of this matter and for no other purpose. This Discovery produced by the United States may not be further disseminated in any way to any other person or entity.

2. The Defense shall take all reasonable steps to (a) maintain the confidentiality of this Discovery and (b) safeguard this Discovery from inadvertent disclosure or review by any third party.

3. The Defense may share this Discovery material with any investigators, consultants or experts retained by the Defense in connection with this case provided that the Defense informs any such individual(s) of this Order and obtains their written consent to comply with and be bound by its terms.

4. The Defense may show witnesses this Discovery as necessary for the preparation of the defense, but witnesses may not be given copies of the materials.

5. The Defense shall return any and all copies of this Discovery to the United States or provide the United States with a certificate of destruction of this Discovery and any and all copies within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

6. To the extent that the any of the above-referenced criminal Discovery materials contain any individual's personal information, within the meaning of General Order 514, any filings referencing or containing said materials must be redacted in a manner consistent with said General Order.

7. If defense counsel withdraws or is disqualified from participation in this case, any Discovery produced pursuant to this order shall be returned to the United States within 10 days.

Submitted by:

/s/ Christina M. McCall
Christina M. McCall
Assistant U.S. Attorney
Counsel for the United States

IT IS SO ORDERED.

DATED: 12/9/08

Irma E. Gonzalez
United States District Judge